IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES SKELTON                                                                 PLAINTIFF

VS.                                                CIVIL ACTION NO. 3:23cv177-KHJ-MTP

ANTHONY AREGIN;
PLAZA INSURANCE COMPANY;
JOHN DOE PERSON(S) 1-5 AND
JOHN DOE ENTITY(IES) 1-5                                                    DEFENDANTS

## NOTICE OF REMOVAL

TO:   Honorable Zach Wallace
      Hinds County Circuit Clerk
      Hinds County Courthouse
      P.O. Box 327
      Jackson, Mississippi 39205

      Philip Carey Hearn, Esq.
      P.O. Box 5009
      Jackson, Mississippi 39296

      Jerald Crawford, Esq.
      Schwartz & Associates, P.A.
      162 East Amite Street
      Jackson, Mississippi 39201

      Charles Cassidy Cole, Esq.
      Hearn Law Firm
      1438 North State Street
      Jackson, Mississippi 39202

      Mr. James Skelton
      c/o Philip Carey Hearn, Esq.
      P.O. Box 5009
      Jackson, Mississippi 39296

      John Brian Hyneman, Esq.
      Hickman, Goza & Spragins
      P.O. Drawer 668
      Oxford, Mississippi 38655

{D2067385.2}

Mr. Anthony Aregin
c/o John Brian Hyneman, Esq.
Hickman, Goza & Spragins
P.O. Drawer 668
Oxford, Mississippi 38655

In accordance with 28 U.S.C. §§ 1332, 1441, and 1446, you are notified that Defendant Plaza Insurance Company ("Plaza") has removed the action entitled *"James Skelton vs. Anthony Aregin; Plaza Insurance Company; John Doe Person(s) 1-5 and John Doe Entity(ies) 1-5,"* bearing Cause No. 25CI1:22-cv-212, from the Circuit Court for the First Judicial District of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division, and in support thereof states as follows:

## BACKGROUND

1.  Plaintiff James Skelton commenced this action on April 12, 2022, by filing a Complaint in the Circuit Court for the First Judicial District of Hinds County, Mississippi, assigned Civil Action No. 22-212 and originally styled *"James Skelton v. Anthony Aregin; North American Risk Services, Inc.; John Doe Person(s) 1-5 and John Doe Entity(ies) 1-5."* On May 6, 2022, an Agreed Order was entered substituting Plaza as a party-defendant in place of and dismissing North American Risk Services, Inc. A copy of the state court record is attached as Exhibit A and includes all process, pleadings, and orders served on Plaza.

2.  In the Complaint, Plaintiff alleges he was involved in a motor vehicle accident with Anthony Aregin on May 31, 2019. Compl., ¶¶ 8, 9. Plaintiff alleges Aregin was negligent in causing the accident, and that Aregin's vehicle struck the

rear of Plaintiff's vehicle. *Id.*, ¶¶ 9, 16. Plaintiff claims he was injured as a result of the accident and incurred substantial damages. *Id.*, ¶¶ 10, 28.

3. The vehicle Plaintiff was operating was insured by Plaza. *Id.*, ¶¶ 12, 24, 26. Plaintiff contends that Aregin is an underinsured motorist and that Plaza is liable to him for uninsured/underinsured motorist coverage and medical payments benefits under the insurance policy Plaza issued. *Id.*, ¶¶ 24, 26.

## COMPLETE DIVERSITY

4. Plaintiff is, and was at the time this action was commenced, a citizen of Mississippi. *Id.*, ¶ 1.

5. For purposes of diversity jurisdiction, a corporation is deemed to be a citizen of the state of its incorporation and of the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1).

6. Plaza is, and was at the time this action was commenced, an Iowa corporation. Plaza's principal place of business was in Ohio when this action was commenced and currently is in either Ohio or Massachusetts following acquisition by another entity. It is therefore a citizen of Iowa and either Ohio or Massachusetts.

7. North American Risk Services, Inc. was originally a party-defendant but was dismissed by Agreed Order substituting Plaza as a party-defendant in its place on May 6, 2022. *See* Ex. B. Its citizenship is therefore irrelevant. Nonetheless, North American Risk Services, Inc. is, and was at the time this action was commenced, a Delaware corporation with its principal place of business in Florida. It is therefore a citizen of Delaware and Florida.

8.    Anthony Aregin is, and was at the time this action was commenced, a citizen of Mississippi. Compl., ¶ 2. However, Plaintiff has reached a settlement of his claims against Aregin. *See* Ex. C. Aregin's citizenship is therefore immaterial.

## AMOUNT IN CONTROVERSY

9.    Plaintiff does not specify the exact amount of damages he is seeking within the Complaint. Plaintiff demands a judgment "in an amount within the jurisdictional limits of this court, to be determined at the trial of this cause[.]" Compl., ¶ 29. Plaintiff lists categories of damages he is pursuing, such as medical expenses, physical pain and suffering, emotional distress and mental anguish, loss of enjoyment of life, and temporary and permanent physical impairment and disability. *Id.*, ¶ 28. In the event it is not facially apparent from the Complaint that the amount in controversy is satisfied, Plaintiff has produced medical records, bills, and an incomplete Medical Expense Report that, considered with the specific injuries and categories of damages he claims, illustrate the amount in controversy exceeds $75,000, exclusive of interest and costs.

10.    In this regard, Plaintiff has obtained significant medical treatment for complaints of neck pain, headaches, and dizziness from multiple providers since the date of the accident. Certain of the records illustrate Plaintiff claims to be suffering from post-concussive syndrome, memory and word-finding impairments, and near-syncope. His treatment has included 17-day, 24-hour continuous cardiac event monitoring beginning on September 9, 2019; tilt table testing on September 18, 2019; extensive physical and occupational therapy; and injections for headaches. According

to Plaintiff's deposition testimony, he continues to receive routine injections for headaches and other related treatment.

11. Attached as Exhibit D is a copy of an incomplete Medical Expense Report for medical treatment that Plaintiff's counsel has produced. The Report shows medical-related expenses of $36,620.98, with amounts still to be determined from providers with whom Plaintiff has continued to treat.

12. The incomplete Report in the amount of $36,620.98, combined with the specific injuries Plaintiff allegedly sustained and his claims for damages for medical expenses, physical pain and suffering, emotional distress and mental anguish, loss of enjoyment of life, and temporary and permanent physical impairment and disability, indicate that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. *See, e.g., Haley v. Ford Motor Co.*, 398 F. Supp. 2d 522, 528 (S.D. Miss. 2005) (explaining court may consider evidence such as medical expenses to ascertain amount in controversy where complaint does not allege a specific amount of damages).

## PROCEDURAL PREREQUISITES ARE SATISFIED

13. Diversity jurisdiction did not originally exist because of the joinder of Anthony Aregin. The case became removable on February 6, 2023, when Plaza was provided notice via email from Plaintiff's counsel that Plaintiff had reached a settlement of his claims against Aregin. Ex. C. Thus, this Notice is timely in accordance with 28 U.S.C. § 1446(b)(3). Aregin need not consent to removal since Plaintiff has settled his claims against Aregin.

14. The United States District Court for the Southern District of Mississippi, Northern Division, is the federal judicial district embracing the Circuit Court of Hinds County, Mississippi, making venue proper under 28 U.S.C. § 1441(a).

15. A copy of this Notice has been filed with the Circuit Clerk of Hinds County, Mississippi, and has been provided to all parties pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

PLAZA INSURANCE COMPANY

BY: /s/ Ivy E. Painter
    OF COUNSEL

JASON H. STRONG - MS BAR NO. 100004
jstrong@danielcoker.com
IVY E. PAINTER - MS BAR NO. 106506
ipainter@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI 39215-1084
TELEPHONE: 601-969-7607
FACSIMILE:  601-969-1116