UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES SKELTON                                                        PLAINTIFF

V.                                   CIVIL ACTION NO.: 3:23-CV-177-KHJ-MTP

ANTHONY AREGIN; PLAZA INSURANCE
COMPANY; JOHN DOE PERSONS 1-5;
and JOHN DOE ENTITIES 1-5                                           DEFENDANTS


ORDER

Upon consideration of the Joint Motion filed by the parties, it is hereby

ORDERED AND ADJUDGED that the claims against Anthony Aregin are hereby

dismissed with prejudice.  The claims of James Skelton against Plaza Insurance

Company shall not be affected.

SO ORDERED and ADJUDGED, this the 17th day of April, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE