UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES SKELTON                                                                                      PLAINTIFF

V.                                               CIVIL ACTION NO. 3:23-CV-177-KHJ-MTP

PLAZA INSURANCE COMPANY, et al.                                              DEFENDANT

ORDER OF DISMISSAL

The parties have announced to the Court a settlement of this case, and the Court desires that this matter be finally closed on its docket.

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all parties. If any party fails to execute or comply with the settlement agreement, an aggrieved party or parties may reopen the case to enforce the settlement agreement. If successful, all additional attorney's fees and costs from this date shall be awarded to such aggrieved party or parties against the party failing to execute or comply with the settlement agreement.

The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED this the 12th day of March, 2024.

/s Kristi H. Johnson
UNITED STATES DISTRICT JUDGE